# IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF ARKANSAS

RECO D. MANNING

Reg. #13004-062

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 1 7 2020

JAMES W. McCORMACK, CLERK
By: _____
DLP CLERK

2020 AUG 17 A 9:48

VS.

Civil No. 1008404-RI

2:20-CV-168-LPR-JTR

UNITED STATES OF AMERICA,

, Attorney General

DEPARTMENT OF JUSTICE,

FEDERAL BUREAU OF PRISONS,

DEWAYNE HENDRIC, an employee with the FBOP;

Ms. HOYA, an Employee with the FBOP;

Dr. WOODARD, an employee with the FBOP;

Ms. MORE HART (PA), an Employee with the FBOP;

Ms. Futell (Nurse), an Employee with the FBOP;

Ms. JUMPER, an Employee with the FBOP;

Ms. HARRIS, an Employee with the FBOP;

This case assigned to District Judge Rudofsky
and to Magistrate Judge Ray

Ms. buet, an Employee with the FBOP;

Mr. Ellis, an Employee with the FBOP;

Mr. RoselAz, an employee with the FBOP;

Ms. Henderson, an employee with the FBOP;

Ms. Abdullah, an Employee with the FBOP;

Mr. Boother, an Employee with the FBOP;

Ms. Wynnichweit, an Employee with the FBOP;

Mr. NEWMAN, an Employee with the FBOP

Ms. Hall, Employee with the FBOP (witness)

Ms. Huebbard (witness) Employee with the FBOP

Ms. Rice (witness) Employee with the FBOP

Ms. Brook (Witness) Employee with the FBOP

## The Parties

1.) Plaintiff is an incarcerated (inmate) at the federal Correctional Complex (Med) at Forrest City, Arkansas, within the Eastern District of Arkansas, pursant to a judgement and commitment order of the United States District Court for the "Northern District of Oklahoma."

2.) Defendant's Dewayne hendric (WARDEN), Mr. Roselaz (AW), Ms. Abdullah (AW), Ms. Hoya, Dr. Woodard, Ms. Morehart, Ms. Harris, Ms. Futell, Ms. Jumper Dr. Ellis, Ms. Buet, Ms. Henderson, Ms. Clayborn, Mr. Boothe, Ms. Wynnchurt are individuals employed by the United States Department of Justice, Bureau of prisons, and are stationed, or at all relevant times hereto, were stationed at the Federal Correctional Complex (Med) at Forrest City, Arkansas. Each of these individual defendants are named as defendant's in Count I hereof pursuant to the case law establishing a constitutional tort as provided in Bivens v. Six unknown named Agent's of Federal Bureau of Narcotics, 403 U.S. 388 (1971)

3.) The United States of America is named as a defendant in Court II herein under the provisions of the Federal Tort Claim Act.

## Jurisdiction

4.) This Court has jurisdiction over Court I herein below by virtue of the provisions of 28 U.S.C. § 1331, and has Jurisdiction over Court II by virtue of 28 U.S.C. § 1346(b) and 2672, et seq.

"Motion under" Bivens Claims"
"1) FTCA claims", 2) Pain & suffering claim, 3) Fourteen Amendment &
"5) 8th Amendment Claims" & 6) Cruel & Unusual Punishment claims"
"7) Misdiagnosis claim", 8) Deliberate indifference claim

Denial of Medical assistance that's "Guarantee"
under (28.U.S.C. § 540 et. seq.) Bureau of Prisons Program
statement "P.S. 5580.08" and/or "6010.02" Codified

The prison must provide you with medical care if you need
it under The EIGHTH Amendment, which also protects your Rights
to medical Care. The Constitution Guarantees Prisoners this Right.
"An Inmate must Rely on prison Authorities to Treat his medical needs
if the Authorities fail to do so, Those needs will not be met." (See
Estelle v. Gamble, 429 u.s 97, 103 (1976).

Comes Now Reco D. Manning, (petitioner) Whom Comes before
this Court as a Pro-se litigant in Representation of his-own-self
and ask to be "appointed a lawyer/counselor to Represent me in this
matter."

"Plaintiff's First Amended Complaint"
For Damage's
Comes Now Reco D. Manning, pro-se, for his cause of
action against each of the named Defendant's shows
the Court as follows:

Page 1-13

6-  -20

To: whom this

My NAME is Reco Manning #13004-062 a inmate at Forrest City medium facility in Forrest City, Arkansas 72336. Which I was transferred here around fall of 2019 from (Beaumont U.S.P). And once I got here I seen "Black mold" through out the "unit C-3", where I was housed run down the corner of the wall on the top tier. Also inside the showers on the Top tier and to my understanding house's get "condemn" for haveing) "Black mold" in them. (Cruel & unusual punishment) And after being here a month or two exposed to "black mold", I started haveing) health problems. Which ~~was~~ I only had "High blood pressure" which I was in great shape. Because I worked out everyday sense being in the F.B.O.P until on Oct 1, 2019 when I placed a "sick call" in. Complaining about haveing) pain in between my pelvis and my top right leg, which I thought was/or could be a "Hernia" that was given me pain. Which I can't "diagnose" myself with anything, because I'm not a "doctor" So I was seen by my "PA" ms. Morehart, which she examined my problem while a witness was present. And informed me that it "wasn't a Hernia", so I said "what ever it is it's given me extreme pain. So I was put in to see the Doctor (Ms. Woodard) on Oct 4, 2019. And once I informed her of my situation Dr. Woodard prescribed me some pain pills (Meloxicam 7.5 MG Tablets) and blood pressure pills (Amlodipine). So I was taken the pain pills for a week or two when out the blue "Extreme stomach pain" came to where I could not stand up straight. ~~████████~~ To make it to the officer office, and inform him/her to call medical, because I need medical assistance due to my stomach pain. Which once I made it to medical the only things was done is they checked my "vital signs & gave me some "Milk of Magnesia." So they would have something to put in they Report and sent me back to the "unit C-3", which that didn't do anything for my pain. And for several day's I continued to go to medical complaining

of "Extreme stomach pains". And They continued to do the same thing everytime, while I try to explain that it's not helping. Until I was told to stop taken it immediately by Ms. Morehart (PA). Which is when "Red flags" went up in my head letting me know something is wrong. So I request the "Consumer Information" and once printed off and handed to me from "Ms. Morehart". While sitting in her office I started reading it and big as day the warning said ① This drug may raise the risk of heart and blood vessel problems like "heart attack and stroke". These effects can be deadly. The risk may be greater if you have heart disease or risks for heart disease. However, it can also be raised even if you do not have heart disease or risks for heart disease. This risk can happen within the first weeks of using this drug and may be greater with higher doses or long-term use. ② This drug may raise the chance of severe and sometimes deadly stomach or bowel problems like ulcers or bleeding. (Fourteen Amendment Right Violation) And the side effects: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking this drug. Tell your doctor or get medical help right away if you have any of the following sign or symptons that may be related to a very bad side effect: ① tightness in the chest or throat; ② trouble breathing swallowing, or talking; unusual hoarseness; or swelling of the mouth, face lips, tongue, or throat █ Signs of kidney problems like unable to pass urine change in how much urine is passed, blood in the urine, or a big weight gain █ Signs of high potassium levels like a heartbeat that does not feel normal; feeling confessed; feeling weak, lightheaded, or dizzy; feeling like passing out; numbness or tingling; or shortness of breath. D.) Signs of high blood pressure like very bad headache or dizzy, passing out, or change in eyesight. E.) Shortness of breath, a big weight gain or swelling in the arms or legs. F.) Chest pains or pressure. G.) Weakness on 1 side of the body, trouble speaking or thinking, change in balance drooping on one side of the face, or blurred eyesight. H.) Feeling very tired

or weak. I.) Flu-like signs. J.) A very bad skin reaction may happen. It can cause very Bad health problems that may not go away. and sometimes death. Get medical help right away if you have signs like Red, swollen blistered, or peeling skin (with or without fever); Red or irritated eye's; or sores in your mouth, throat, nose, or eye's. (Fourteen Amendment Right Violation) There's "NO WAY" I would have taken this medicine (Meloxicam 7.5 MG Tablets) had I been given the "Comsumer Infoemation" and been able to Read it or been informed of the "Warning or side effect". And that opportunity was and has been taken away from me, When I had the right to choose for myself to. Which the hole time I been have more and more health problems going on with me. And I had seen (AW) Abdullah walking through the Red line and informed her of my situation with "medical staff". That I'm have(ing) Extreme stomach pain and everytime I go to medical complaining about it. They Continue to do the samething and that's check my "Vital signs" and give me "milk of Magnesia". And sent me back to the unit C-3, when I need "Emergency medical assistance" (EMA). Because I'm in pain, and been in it for a while and I ask you to help please get some help. Which she took my name & number down in her phone and said she'll look into it and walked off. So I gave her sometime to speak with Medical staff about getting me the help I needed. While I never heard back from her, So I Continued to have the officer working the unit C-3 to call medical. Because I'm still hurting and it was the same officer, which he knew me feom Complaining so much about Extreme stomach pain./ He informed me to wait until 9:30 and push the Alarm button, because they will have to get me some Emergency medical assistance (EMA) Which he/she was the even shift officer and she/He knew it wasn't Right how they was treating me. When I continued to try and get some help. And the same continued to happen, so I waited for the next morning for "sick call" and seen Dr. Woodard. That's when she informed me that

I'm lieing about being in pain and when you really have a real problem No one gone believe you. So I left and walked back to my unit C-3 in "Extreme pain". When I seen (AW) Roselaz maken around, and informed him of my situation. And told him I need some Emergency medical assistance (EMA) which he said go back down their and tell them to see you and I try explain to him. Which he said tell them he said, so I went back down their, and told them and the samething happen. And I was getting up-set, because wasn't anybody helping me with the situation. While I knew he was just tryna get me out of his face, because I asked him to call them and he wouldn't. (Deliberate indiffence) Because this was a second time I try to get him to help about a situation. And this went on for several months and one day I was on the call-out to see the doctor (Ms. Woodard). After I filed a BP-8 foe hee being unprofessional the last time I seen her. Telling me that I was lieing about being in pain, when I don't want to have to see her, as much as she don't want to see me. So I went down their and I was tryna tell "ms. Jumper" about my stomach pain. But she wasn't tryna to here me and I guess, because I been down so many time about the same problem. So she told me that (ms. Woodard) the doctor needed to see me about something else, but I refused because she wasn't tryna help me with the problem that I was have(ing). When she was part of the reason I'm have(ing) problems, because she prescribe me that medicine (meloxicam Tablet). So I signed a refusal to see her and asked is it a way for me to see another doctor. But I was told "No", so I went looking for (AW) Roselaz which I could not find him. So the Compound went on "lock-down" around Jan 28, 2020 and while on lock-down I woke-up with pain in my right leg. On Feb 6, 2020 and while the ~~nurses~~ "~~Mr. Todd~~" was making around that morning I knocked on the cell door and got her "attention". And informed (her) that I was in extreme pain that I need Emergency Medical assistance (EMA). Because my right leg was

swollen. And she smiled while telling me to fill-out a sick-call form in place it inside cell door. So they can pick it up in the morning tomorrow. Which I informed her (Ms. Futell) that I'm hurting right now that's why Im telling you. But she walked off, so I filled out the sick call and placed it inside the door. And was up the hole nita in Extreme pain waiting to find out that, they dont pick up sick call on Friday. So I had to deal with the "Extreme pain" for Four day's until Tuesday morning. Which thats normal around here, but when I finely did turn in the sick call. I waited all day to see, if they was gone come get me or something which that day I didn't get know "Medical assistance", so I went through filling out another Sick call to get some help. Which the nurse's that came through the next morning walk streight by my cell door without getting it out the door. So I push the Alarm button and the officer working the unit C-3 came and turned the Alarm off. And I asked him to please catch the nurse "Ms. Williams" and give her this sick call. So he went and gave it to her which they open all the door, and I limp down staie. And informed the counsel (Ms. Hubbard) of my situation than showed her my swollen Right leg. Than asked her to call medical for me, because I done turned in two sick calls". But I never got any Medical assistance, so she called medical in front of me. So at 3:00 pm the nurse (Ms. shahan) came maken her Round and slide ten (Ibuprofen 800) under the cell door and kept going. When I needed to see a doctor, because something was wrong and I knew it. Just didn't know what, and I was knocking on the cell door to catch her. But she didn't come back to see what I wanted, so when the compound open back up I rushed to medical. With a "sick call" form in my pocket, and I was called to the back where I showed the nurse (Ms. Futell) my Right leg. That was swollen and given me Extreme pain plus I told her how long it have been given me problems. Which she checked my "vital signs" and looked at my legs and only said one just looked more muscular than the other one. While another nurse (Ms. Williams)

witness, said the Right leg look swollen. That's when I was taken to the (PA) "Ms. Morehart" office, where I showed her my Right swollen leg. So she only try to give me some (Ibuprofen 800) which I told her that's what I been given and that's Not working. That's when she asked me what do I want her to do and I told her to get me some Emergency Medical assistance (EMA). So I was taken to Doctor (Ms. Woodard) office and I told her my situation. But she said it's probably fluid and show me her legs and said her's swollen as well." And I continue to try and tell her it's a serious health problem that needs "Emergency Medical assistance". Which I was only given (Ibuprofen 800") pain pills and sent back to the unit C-3. And I didn't know what to do, because I tried informing both the (AW) Assistance Warden and didn't Nothing get done. But I knew something was seriously wrong with my health, and wasn't anyone trying to hear my cry for help. Because they don't care and as long as I continued to go to sick call Every morning about my situation. I only received getting my "Vital signs" checked and ("Ibuprofen 800") which my Medical Record will show Every thing I'm saying ("facts"). So one day coming out of the "lunch hall" I ran into (AW) Mr. Roselaz standing out on the Compound. And I approach him and told him my situation than showed him my Right swollen leg. Also that I done been to medical several times and their only given me pain pills and checking my Vital sign, so they will only have something in they report that they seen me. Which he (Mr. Roselaz) said that's show my department fill out a Cop-out and bring it to him. While I'm trynn get him to walk me down there to medical and demand that I be seen and that he want the static on his desk as soon as possible. When I just explain to him how long I been tryna get some Emergency Medical assistance. So I justed limped off up-set and went and filled out the Cop-out and again I Never caught back up to him. Like he was avoid me, so I didn't see

Page 7-13

him until like (4) day's. And on MAR 3, 2020 I saw (AW) ms. Hall Which she usually be at the low working. While it was a blessing to see her but she was my last hope. So I approach her (Ms. Hall) while she was talking to Officer Ms. Rice. And waited for her to get done talk, so she turned around. And asked me "Can I help you"? That's when I explain how long my Right leg been swollen and that I been going to medical complaining about my Right leg is swollen and paining me. And I'm have(ing) trouble breathing & shape chest pains and I need some Emergency Medical assistance (EMA). Which they only continued to check my "Vital signs" and prescribe me some pain pills (Ibuprofen 800). When I need more, so can you please help me get the Emergency Medical assistance I need. Because I seen (AW) Mr. Roselaz and explain my situation to him tryna get him to help and I was told to fill out a cop-out form and bring it to him which he has been avoid. And you are my last option, because I'm not tryna die in the F.B.O.P. That's when her (Ms. Hall) and Ms. Rice walked me down to medical and on the way (AW) Mr. Roselaz came out of the AW office. And Ms. Hall asked him did I inform him of my situation. Which his Respond was yeah. Why you didn't bring me the Cop-out? And I told him that I been up to his office several time tryna give it to you. So AW (Ms. Hall) told me to come on and once we made it to Medical Ms. Hall demand that I be seen. And she want the static Report on her desk as soon as possible and left me waiting in the waiting Room in medical. A few mins later Ms. Jumper came out, and took me to the back to her office. So mad she was turning Red in the face, while talking to me at the same time. And asked me "who seen you & what day was it? Which I was in so much pains I told her (Ms. Futell & Ms. Morehart) and I believe it was tuesday. Then she got on her walkie talkie and told "ms. Futell" to step in her office. Just to Ask her "did she see me? Which she (Ms. Futell) said "Yes". So "Ms. Jumper" asked her "Ms Futell" When? like "Thursday". Why? Because he gone go tell (AW) ms. Hall. So what you need from me (Ms. Futell)? Nothing I just showing him it wasn't when he said it

Page 8-13

was. While I'm looking at her (Ms. Jumper) like she crazy, because I don't care what day it was. Because I need some Emergency medical assistance and fast. But than she called "Ms. Morehart" in and asked her the same thing when all I'm tryna do is get some Real help. And the way they are treating me and asking me what do I want them to do. I don't know if they are suppose to be in there position. Which I continue to say "Emergency medical assistance" because I can't just come out and say send me to the "Hospital". So they walked me to "Dr. Woodard" office and so as I walked in Dr. Woodard. She stated "Next time you go tell (AW) Ms. Hall she gone be the one to see you, because I have 25 other things I have to take care of. Other than to be bothering with you." Which I also looked at her like she was Crazy, because I'm only tryna to get some help sense ya'll wont do it on ya'll own. So I was told to step out side into the hallway while they talked. Than a few mins later "Ms. Jumper" came out and told me to go back to the Unit C-3, but they are about to get me some help. Which she can't say what it is, but what's so crazy (PA) Ms. Morehart had a idea on what it was. Because she (Ms. Morehart) prescribed me some "Compression stocking" around Feb 27, 2020 and sent me on. But when "Ms. Jumper" said that I limped off toward the unit and once I made it up the step's. They radio for me to come back, which I was so weak & tired and out of breath. I didn't want to make that long walk back, but I made myself walk back. Because lord knows I needed help. So once I got back I was transported to Forrest city ER hospital. Where I was admitted right away and Diagnosed with "blood clots" (DVT) "Deep Vein Thromsis" once I was placed into a Room on "liquid Blood thinner". Which they placed me on "No Food or Drink" (NFD) and put in for Surgery to have a filter put inside my big Vein in my Right leg to stop the "blood clots" from making it to my lungs. Which I told them I was have(ing) trouble Breathing and sharp chest pains. That's when I was taken into a Room and told to lay down flat on my back and they put dye into my "IV". Than sent through

A machine to see, if I had "blood clots" in my lungs. Which they had made it into my lungs, because the medical staff at forrest city medium "Dr. Woodard" and "Ms. Moerhart" wouldn't listen to me. And waited until I had (AW) Hall to make them send me out, which was to long to get me the Emergency help that was needed So I was also Diagnosed with "PE" Pulmonary Embolism and (infarct) "An area of dead tissue (as of the heart wall) caused by blocking of local blood circulation". Or (infection) "a disease or condition caused by a germ or parasite" (Due process Right violation) And "DVT" and "PE" together makes up "VTE" Venous Thrombo Embolism. In accordance with Bureau of Prisons Program Statement "P.S. 5580.08" and/or 6010.02 Codified (28 U.S.C. § 540 et seq.) under Health ███████ services.
        " I have a right to receive the maximal benefit Under human value, it also states that I deserve medical assistance necessary to treat my injury and relief pain."

So I was taken off the list to have surgery, because it was to late to catch the blood clots from maken it into my lungs. So once I get back to my room they brought another "IV" machine in and Connected it to my other Arm with Antibiotic (liquid). Until 3-5-20 when I was Released from the hospital around 2:00 pm and Return back to forrest city-medium. Still in the top unit C-3 on the top tier "Cell 226" on the top bunk, while still have (ing) to walk with a cane. Which Dr. Woodard only gave me pain pills for (3) days and the doctor at the "ER" hospital informed me that it will take like (6) months to a year or longer. Until my body go back to normal, which again Dr. Woodard informed me and I was placed on (Apixaban) Eliquis 5 mg (Blood thinner). While still being Exposed to this "black mold" through out unit C-3 down the side of the Wall and inside the shower. I'm have (ing) Real bad headach, still trouble breathing which I was given a in (inhaler Albuterol HFA (8.5 GM) 90 MCG/ACT) Because

Page 10-13

I been have(ing) problems every sense I been back. And my right leg are still swollen, which I wear the "compression stocking" all the time. Which I'm have(ing) trouble speaking at time and be tired and weak for no reason. And chest pain, blurred eyesight, and stressing about all this that's done happen and still happen. For some reason I be feeling confused, so I sent the p but only seen them walk through a few times. While we was on lock-down which I stop one of the them. And asked them did they receive a Electronic Cop-out from me? Which she said "yes! So I asked why I have not being seen? Because they have up to "three weeks" to see you, which I sent (Dr. Ellis) the message. But the only thing was done She came back and passed some paper for "meditation" through the door. When I could have been done that, if it was that easy. Which sense "Dr. Woodard" prescribed me that medicine (Meloxicam 7.5 MG Tablet) I think they are tryna to kill me. And the whole "Medical Staff" & "facility staff" are together on it. Because every sense I been complaining about my health problems "No one" try to help me But (AW) Hall and if it wasn't for her I would have die, because blood clots are serious. Than the whole time I done been back pushing the Emergency Alarm button for medical assistance for what ever my problem maybe they back to the same thing. Only checking my "Vital signs" & sometimes doing a (EKG) and telling lie's in they Report Once I receive my medical Record. Like I inform the officer working the unit C-3 at the time. That I'm have(ing) trouble breathing and once he/she Repeat it to medical staff and they tell the officer to send me down. In they report 'Like nurse "Newman" he stated inmate walked across the Compound and he's not out of breath". And he not have(ing) trouble speaking like I just want to get out of the cell to see them. Which it don't make sense at all to me, like I been have(ing) trouble using the rest room (bowel movement). But that's Not a Emergency to them, when before I took that medicine (Meloxicam 7.5 MG Tablets) I wasn't have(ing) these problems. When I stand up it like I'm about to pass out or just dizzy by just getting up. like I was complaining about chest pains

(Ms. Harris) was talking about my chest look like I done worked out in the passed. Which what do that have to do with my chest pain and she put the same thing about me walking across the compound and dont look like the Inmate out of breath. Like I'm gone hole my breath to be out of breath so once I get their I'll be out of breath. And one day I push the Emergency Alarm button to get some help "officer Henderson" walk up the stair and turn the Alarm button off never Asking or checking what's wrong and went back the same way she came when I was have(ing) trouble breathing. So I pushed the Alarm button again, which she done the samething twice. Than said I'm gone "write you up" which she did. But I explained to her that I'm have(ing) trouble breath and my leg hurting. Her respond was "they dont want to see you" because they dont care what's wrong with you, which she know I have "DVT & PE". Because I told her what wrong with me before, so counsel "Ms Clayborn was in the unit C-3 at the time given the orderly box's of towel paper to pass out. So I try to stop her which she said "not right now Manning" when she two know my situation. And Case Manager "Boothe" I try to stop which he look at the door and continued to walk away, when I told him what was wrong and why I was in the hospital. Which he told me that if some servive like that happen "tell him." Because his daughter just die from "blood clots" but he ignored my cry for help. Which I wrote them up for that, so I guess Ms Henderson was feeling bad about what she done. And called later and told "RA Newman" which he told her that "They told me that I'm gone have problems until them blood clots dissolve." I'm tryna make it home to my kids & family so if I feel like something wrong I'm gone report it. Which I haven't got a respond back on them write up on them officer yet. And I done did all my time and waiting on a halfway house date, because under the first step Act (FSA) I'm entitle to a year which will be in July of this year 2020. And now the ("COVID-19 virus" pandemic) done came which I'm a High Risk due to my health problems and I was informed of this by "Dr. Woodard"

and she said if I was to catch "COVID-19 virus" that I'm not gone survive it. But she (Dr. Woodard) was gone send Ms. Hoya a e-mail about getting me out due to the virus. Which I haven't heard nothing back from her (Dr. Woodard). So I said something to my Case Manager (Boothe) about the Compassinate Release 18 U.S.C § 3582 (c)(1)(A)(i) or Sentence-Reduce due to my Health problem, but he told me something I know wasn't the truth. So I file a BP-9 to the Warden, but they sent it back said I raise to many issue's on one BP-9. That's when I refiled it and at the same time I wrote my sentence Judge a letter/motion for the Compassinate Release. Which it was "denied" due to me not going through the "prison Remedy" when I been waiting to hear back from the Warden. Because they have us inmates locked inside these cells, but lunch time we all Be Release together to walk to the lunch Room to pick up our lunchtrades, when at anytime I could be Exposed to someone. That has it, and the same gees for "pill call" we all be out their from different unit's. Which we haven't been tested here at Forrest city medium, they only Checked our tempter and nothing else. And I'm tryna get the help I need to be Released on home confinement or halfway house. Because Former louisiana mayor was Released which he had a "20 years sentence". But is at home now due to "COVID-19 virus" as well as former St. Gabriel mayor George Grace Sr. that was Released to the halfway house on May 30, 2020. Or is it that you have to have Money or Be famos to get some Relieve? Because I done my time but still have (ing) to fight to be Release to my kids & family before I catch COVID-19 virus inside prison. The issue is further Complicated by the fact that federal law that govern prison conditions Require an inmate to Exhaust a grievance process set up by Correctional officials before turning litigation. That system was put in place to keep frivolous litigation out of Courts and give prisons the chance to Remedy a problem before a lawsuit.

13 13

Which while being here at forrest city Medium I witness a inmate Complaining about Chest pains. As I was which they only Checked his "vital sign" and did a "EKG" and sent him back to the "unit C-2" (Cajun Jabo) where he had a heart Attack and Die in the unit C2 or at the hospital. When they (Medical staff) should have been Rush him to the Emergency Room "ER" once he (Cajun Jabo) first started Complaining of Chest pains. And maybe he would have been here with us or on his way home to his family. Which this is what inmates go through Complaining of health peoblems and the "medical staff" just do Something like Check our "vital signs", so they (medical staff) will have Something in they Report. Because so many times I went to medical Complaining of Stomach pains, Chest pain, trouble breathing and everytime they (Medical staff) done the samething. And sent me back which you will see the evidence in my Medical Records. When I know my body, so I Continued to Complain for some help and just as Cajun Jabo did. But this is what we get when you have medical staff that don't care. When our life matter as anyone else, And Cajun Jabo done (18) yeare's. And had (5) months left to be back with his family and Now that will never happen. Now I have done my time and every health peoblems I'm have (ing) due to being Exposed to this "Black mold" here at forrest city Medium And I pray that the Conet's apoint me a Attorney/counselor to Represent me forward with this matter.

Rece Manning
#13004-062

Date 8-13-20

CC.

Reco Manning
93 Ravenwood Way
Warner Robins, GA 31093



U.S District Court
"Eastern District of Arkansas"
600 W. Capitol Ave. Rm
Little Rock, AR 72201