(13)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

DELTA DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 0 3 202?

TAMMY H. DOWNS, CLERK

By:_____ DEP CLERK

RECO D. MANNING                                                                      PLAINTIFF

V.                                    NO. 2:20-CV-00168-LPR-JTR

UNITED STATES OF AMERICA, et al.                                        DEFENDANTS

## MOTION TO AMEND

THERE WAS A NURSE NAME (MS. FUTRELL, S. RN) ON THE MEDICAL STAFF TEAM WHEN I WAS THEIR..

And the BOP & the whole staff at Forrest city medium F.C.I knows who she is…… (Exhibit A) And that's

the name I know her by plus that's the reason I request a copy of my medical records, before I was

released from Forrest city medium prison…. And this is the only way for me to show & prove that the

names I have provided to the court is correct and they all work or worked for Medical …..

At the time I was serving the reminder of my sentence at Forrest city medium prison and EXPOSED to

the "Black mold". Which is when I was diagnosed with (PE) Pulmonary Embolism & (DVT) Deep vein

Thrombosis …. And prolonged mold exposure can lead to a host of mold symptoms including

Mycotoxicosis . Mold fine and ultra-fine particulates build up in the human body over time…. Mold

Toxins have been connected to some of the most harmful mold symptoms .. Black Mold will produce

toxins at different points of its life cycle. A dangerous toxin that comes from black mold are mycotoxins

and I been having a lot of them symptoms, blurry vision , shortness of breath, memory loss (Long

term), Depression, sexual Dysfunction, weight loss, loss of appetite, pain in muscles and joints, nervous

disorders, heart palpitations and the list goes on……. And the halfway house that I was in inform me that

the FBOP was taking care of my medical bill…… But I continue to get medical bills in the mail saying that

I haven't made a payment to my hospital bills……

(2-2

And the medicine that I'm on do to being expose to black mold I can not afford the medicine Apixaban (Eliquis) 5mg ….. Which I suppose to take Two times a day  and I was release from the halfway house with only the pills I had left …… And do to my memory loss from being expose to the black mold at times I forgets to take my medicine at time…….which I continue to ask the court to appoint counsel to represent me further in this matter…….Because one of them symptoms from the black mold (Blood clots) is feeling weak, & tired a lot ..  And before I was transferred to Forrest city medium F.C.I. prison the only health problem I had was " high blood pressure"…

Thank you for looking into matter

On this july 29, 2021

Reco D. Manning

l.c.

*(3·3)*

# Bureau of Prisons
## Health Services
### Clinical Encounter - Administrative Note

*Exhibit A*

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANNING, RECO D | | | Reg #: | 13004-062 |
| Date of Birth: | 11/26/1982 | Sex: | M   Race: BLACK | Facility: | FOM |
| Note Date: | 01/28/2020 15:40 | Provider: | Futrell, S. RN | Unit: | C03 |

Admin Note - General Administrative Note encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE  1**        Provider: Futrell, S. RN

**Copay Required:** No        **Cosign Required:** Yes

**Telephone/Verbal Order:**   No

Completed by Futrell, S. RN on 01/28/2020 15:40

Requested to be cosigned by  Morehart, P. APN.

Cosign documentation will be displayed on the following page.

*(3)*