IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**RECO D. MANNING**                                                                    **PLAINTIFF**

V.                  Case No. 2:20-cv-00168-LPR-JTR

**UNITED STATES OF AMERICA, et al.**                             **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition from Magistrate Judge J. Thomas Ray, along with objections filed by Plaintiff Reco D. Manning. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in its entirety.

The United States of America's Motion to Dismiss (Doc. 25) is granted. Ms. Morehart's Motion to Dismiss, or, in the alternative, Motion for Summary Judgment (Doc. 27) is granted. Ms. Futrell's Motion to Dismiss, or, in the alternative, Motion for Summary Judgment (Doc. 34) is granted. All claims against the United States, and all personal-capacity claims against Ms. Morehart and Ms. Futrell, are dismissed without prejudice for failure to exhaust administrative remedies. All official-capacity claims against Ms. Morehart and Ms. Futrell are dismissed with prejudice. All claims against Ms. Jumper are dismissed without prejudice because she was not timely served with summonses and copies of the complaint.

IT IS SO ORDERED this 21st day of March, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE