IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**RECO D. MANNING**                                                                                             **PLAINTIFF**

v.                              Case No. 2:20-CV-00168-LPR

**UNITED STATES OF AMERICA, et al.**                                                        **DEFENDANTS**

### ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge J. Thomas Ray, along with objections filed by Mr. Manning. After careful review of the objections and a *de novo* review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Defendant Sheila Stinson-Woodard's Motion for Summary Judgment (Doc. 56) is GRANTED. Judgment shall be entered accordingly, and this case will be CLOSED. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal of this Order, previous Orders, or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 6th day of March 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE