IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**RECO D. MANNING**　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　　Case No. 2:20-CV-00168-LPR

**UNITED STATES OF AMERICA, et al.**　　　　　　　　　　　　**DEFENDANTS**

### JUDGMENT

　　Consistent with the Order that was entered on this date and previous Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that all official-capacity claims brought in this case against Morehart and Futrell are DISMISSED with prejudice; all other claims brought in this case are DISMISSED without prejudice. This case is closed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal of this Judgment or any related Orders would not be taken in good faith.

　　IT IS SO ADJUDGED this 6th day of March 2023.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　LEE P. RUDOFSKY
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE