Case: 2:20-cv-00168-LPR

**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

MAY 08 2023

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

RECO D MANNING #13004-062
CIMARRON CORRECTIONAL FACILITY
3200 SOUTH KINGS HIGHWAY
CUSHING OK 74023

---

UNITED STATES DISTRICT COURT
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
CLERK'S OFFICE
600 WEST CAPITOL AVENUE
SUITE A-149
LITTLE ROCK, ARKANSAS 72201-3325

OFFICIAL BUSINESS

Return to sender

RECO D MANNING #13004-062
CIMARRON CORRECTIONAL FACILITY
3200 SOUTH KINGS HIGHWAY
CUSHING OK 74023

Not at this address.

ANK

NIXIE   731   SE 1   0105/06/23
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 72201333966   2266H126133-00434

2023 MAY -8  A 10:07
TAMMY H DOWNS

neopost
03/31/2023
US POSTAGE  $01.74
ZIP 72201
041L11248479